**Order entered April 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01042-CV

**TEXAS INSTRUMENTS, INC., Appellant**

**V.**

**ALESSANDRO UDELL, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03191**

## ORDER

We **GRANT** appellant's April 10, 2015 unopposed motion for an extension of time to file a combined reply/cross-appellee's brief. Appellant shall file its combined brief by **APRIL 20, 2015**.

/s/    ELIZABETH LANG-MIERS
           JUSTICE